# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Brian Iannone, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Metropolitan Life Insurance Company, )<br>)<br>Defendant. )<br>_____ ) | C.A. No.: 8:07-cv-02869-RBH<br><br><br><br>**ORDER OF DISMISSAL** |

The parties appeared before the Court upon joint motion, having reached a compromised settlement, requesting dismissal with prejudice of the above-referenced matter.

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice and any further proceedings thereon forever barred.

S/ R. Bryan Harwell
The Honorable Robert Bryan Harwell
U.S. District Judge

June 9, 2008
Florence, South Carolina

UPON JOINT MOTION:


s/Christine Gantt-Sorenson
Christine Gantt-Sorenson, Fed. I.D. # 5833
HAYNSWORTH SINKLER BOYD, P.A.
75 Beattie Place
Post Office Box 2048
Greenville, SC 29602
(864) 240-3200
Attorneys for Defendant



s/Robert E. Hoskins
Robert E. Hoskins, Fed. ID #5144
THE FOSTER LAW FIRM, L.L.P.
601 McBee Avenue, Suite 104
Greenville, South Carolina
864-242-6200

Attorney for Plaintiff